AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Markell, Bruce A. | Nevada Bankruptcy Court | 6/25/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge -- Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Fellow in Bankruptcy and Commercial Law | University of Nevada, Las Vegas |
| 2. | Member, Editorial Advisory Bd to Collier on Bankruptcy | Lexis/Nexis-Matthew Bender & Co. |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 6/25/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | UNLV -- Teaching | $17,760.00 |
| 2. 2011 | West Group -- Royalties | $8,520.00 |
| 3. 2011 | Lexis/Nexis-Matthew Bender -- Royalties | $2,617.00 |
| 4. 2011 | International Monetary Fund -- Teaching and Consulting with respect to Republic of Ireland | $7,380.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Financial Lawyers Conference | March 3, 2011 | Los Angeles, CA | Panelist at Seminar | Travel, meals and room |
| 2. | ALI/ABA Bankruptcy Fundamentals Program | Sept. 21-23, 2011 | Chicago, IL | Panelist at seminar | Travel, meals and room |
| 3. | University of Tokyo; Waseda University | March 8-14, 2011 | Tokyo, Japan | Panelist at two seminars | Travel, meals and room |
| 4. | University of Texas | March 31-April 2, 2011 | Austin, TX | Panelist at seminar | Travel, meals and room |
| 5. | Northwest Bankruptcy Institute | April 7-8, 2011 | Portland, OR | Panelist at seminar | Travel, meals and room |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Markell, Bruce A. | 6/25/2012 |

| 6. | Financial Lawyers Conference | April 14-17, 2011 | Dana Point, CA | Panelist at seminar | Travel, meals and room |
|---|---|---|---|---|---|
| 7. | Indiana Continuing Legal Education Forum | August 25-27, 2011 | Michigan City, IN | Panelist at seminar | Travel, meals and room |
| 8. | State Bar of Texas, Bankruptcy Law Section | September 7-8, 2011 | Houston, TX | Panelist at seminar | Travel, meals and room |
| 9. | International Monetary Fund | October 30 - November 3, 2011 | Dublin, Ireland | Panelist at financial seminar | Travel, meals and room |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 6/25/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase | Credit Card | J |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 6/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market - Nonretirement (Y) | | | | | | | | | |
| 2. Vanguard Prime Money Market - Retirement(Y) | | | | | | | | | |
| 3. Vanguard Mutual Fund -- Cal. Long Term Insured (Y) | | | | | | | | | |
| 4. Vanguard Mutual Fund -- Long Term Corporate (Y) | | | | | | | | | |
| 5. Vanguard Mutual Fund -- US Growth (retirement; ) (Y) | | | | | | | | | |
| 6. Vanguard Mutual Fund -- US Growth (retirement; ) (Y) | | | | | | | | | |
| 7. Vanguard Mut. Funds - Admiral shares, Growth & Income (Y) | | | | | | | | | |
| 8. Vanguard Mut. Funds -Wellesley Fund (retirement; ) | A | Dividend | | | Sold | 01/03/11 | L | A | |
| 9. Fidelity Spartan US Equity Mutual Fund (reitrement; ) | B | Dividend | L | T | | | | | |
| 10. TIAA-CREF Retirement Accounts | A | Distribution | L | T | | | | | |
| 11. TIAA-CREF Retirement Accounts )(Y) | | | | | | | | | |
| 12. University of California PERS Retirement Account | A | Dividend | J | T | | | | | |
| 13. Bank of America retirement account (Y) | | | | | | | | | |
| 14. 401(k) Plan - STG | A | Dividend | J | T | | | | | |
| 15. Nevada State 457 Plan | A | Int./Div. | J | T | | | | | |
| 16. American Funds (Mutual Fund) - EuroPacific Growth Fund | A | Dividend | J | T | | | | | |
| 17. American Funds (Mutual Fund) - Growth Fund of Am. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Markell, Bruce A. | 6/25/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds (Mutual Fund) - Washington Mutual Fund | A | Dividend | J | T | | | | | |
| 19. JP Morgan Chase Checking Account | A | Interest | J | T | | | | | |
| 20. JP Morgan Chase Savings Account | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Markell, Bruce A. | 6/25/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Assets listed on Part VII with a (Y) designation were disposed due to a change in family circumstances that was not reportable. These assets will be omitted on future reports.

Asset on Line 10 of Part VII consists of a portion of asset on Line 9 that was partially disposed of due to a change in family circumstances that was not reportable.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Bruce A. Markell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544